**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **GREENWOOD CEMETERY, INC.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **58-0652967**

**4. Debtor's address**

**Principal place of business**

**1173 Cascade Rd**
**P.O. Box 42472**
**Atlanta, GA 30311-2815**
Number, Street, City, State & ZIP Code

**Fulton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **GREENWOOD CEMETERY, INC.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2026**
MM / DD / YYYY

*X* **/s/ F. Coll Bowen, III**
Signature of authorized representative of debtor

**F. Coll Bowen, III**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

*X* **/s/ Thomas T. McClendon**
Signature of attorney for debtor

Date **November 4, 2026**
MM / DD / YYYY

**Thomas T. McClendon 431452**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone **404-564-9300** Email address **tmcclendon@joneswalden.com**

**431452 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GREENWOOD CEMETERY, INC. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $190.00 |
| AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $110.00 |
| City of Atlanta<br>Dept. of Watershed Management<br>55 Trinity Ave, SW<br>Atlanta, GA 30335 | | | | | | $25.44 |
| Georgia Secretary of State<br>214 State Capitol<br>Atlanta, GA 30334 | | Consent Order (subject to prior payments) | | | | $50,000.00 |
| Home Depot Credit Services<br>P.O. Box 658226<br>Dallas, TX 75265-8226 | | | | | | $59.49 |
| Matthews International Corp<br>P.O. Box 536621<br>Pittsburgh, PA 15253-5908 | | | | | | $1,245.97 |
| Piedmont Precast<br>4750 Bakers Ferry Rd<br>Atlanta, GA 30336 | | good and services | | | | $123,618.89 |
| Primo Water Brands<br>P.O. Box 9001004<br>Louisville, KY 40290-1004 | | | | | | $15.24 |

Debtor **GREENWOOD CEMETERY, INC.** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Republic Waste #800 P.O. Box 9001099 Louisville, KY 40290-1099** | | | | | | **$456.23** |
| **United States Postal Service 2414 Herring St SW PO Box 42472 Atlanta, GA 30311** | | | | | | **$202.00** |

AA Synagogue
600 Peachtree Battle Ave NW
Atlanta, GA 30327

AmTrust Insurance
Office of America
P.O. Box 6939
Cleveland, OH 44101-1939

Anshe S'Fard Synagogue
1234 N Highland Ave NE
Atlanta, GA 30306

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

Beth Jacob Synagogue
1855 Lavista Road
Atlanta, GA 30329

City of Atlanta
Dept. of Watershed Management
55 Trinity Ave, SW
Atlanta, GA 30335

Edson Blount Jr.
c/o Jonathan Broderick, Esq.
3985 Steve Reynolds Bl Su L101
Norcross, GA 30093

EverOn Security
P.O. Box 219044
Kansas City, MO 64187-9044

F. Coll Bowen, III
4750 Bakers Ferry Rd
Atlanta, GA 30336

Fiserv Credit Card Terminal
P.O. Box 2394
Omaha, NE 68103-2394

Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

Georgia Department of Revenue
2595 Century Pkwy NE
Atlanta, GA 30345-3173

Georgia Power
96 Annex
Atlanta, GA 30396

Georgia Secretary of State
214 State Capitol
Atlanta, GA 30334

Greek Orthodox Cathedral
of the Annunciation
2500 Clairmont Rd
Atlanta, GA 30329

Home Depot Credit Services
P.O. Box 658226
Dallas, TX 75265-8226

Internal Revenue Service
Attn: Commissioner
1111 Constitution Ave
Washington, DC 20224

JFCS Jewish Family
& Career Services
4549 Chamblee Dunwoody Rd
Atlanta, GA 30338

John Ioannaides, Executor
c/o Stacey G. Evans
729 Piedmont Avenue NE
Atlanta, GA 30308

Ketrina Laster
c/o J. Tyler Schermerhorn
2860 Piedmont Rd NE Ste. 110
Atlanta, GA 30305

Kimberly Blount
c/o Jonathan Broderick, Esq.
3985 Steve Reynolds Bl Su L101
Norcross, GA 30093

Matthews International Corp
P.O. Box 536621
Pittsburgh, PA 15253-5908

Memorial Business Systems
P.O. Box 2223
Brentwood, TN 37024-2223

Michael Lambros
The Lambros Firm, LLC
3536 Habersham at Northlake, D
Tucker, GA 30084

OVS Synagogue
1681 N Druid Hills Rd
Atlanta, GA 30319

Piedmont Precast
4750 Bakers Ferry Rd
Atlanta, GA 30336

Primo Water Brands
P.O. Box 9001004
Louisville, KY 40290-1004

Republic Waste #800
P.O. Box 9001099
Louisville, KY 40290-1099

Shearith Israel Synagogue
1180 University Dr NE
Atlanta, GA 30306

The Temple (FKA) UHBA
1589 Peachtree St NE
Atlanta, GA 30309

Tri-State Ins. Co. of MN
c/o W. Shawn Bingham
100 Galleria Parkway Ste. 1600
Atlanta, GA 30339-5948

United States Postal Service
2414 Herring St SW
PO Box 42472
Atlanta, GA 30311

Utica National Insurance Group
180 Genesee St.
New Hartford, NY 13413

Vera Blount
c/o Jonathan Broderick, Esq.
3985 Steve Reynolds Bl Su L101
Norcross, GA 30093

Wesco Insurance Company
800 Superior Avenue East
21st Floor
Cleveland, OH 44114