**CERTIFIED COPY OF RESOLUTIONS ADOPTED BY THE BOARD OF TRUSTEES OF GREENWOOD CEMETERY, INC.**

The undersigned members of the Board of Trustees of Greenwood Cemetery, Inc. (the "Company") do hereby certify that the following resolutions were adopted by the board of trustees of the Company on November 3, 2026, and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that F. Coll Bowen, III as CEO of the Company is authorized and directed to file on behalf of the Company a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that F. Coll Bowen, III as CEO of the Company be, and hereby is, authorized to retain on behalf of the Company the law firm of Jones & Walden LLC, and other counsel and professionals as he sees fit, to render legal services to, and to represent the Company in connection therewith, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the law firm of Jones & Walden LLC is authorized and shall take direction from F. Coll Bowen, III as CEO of the Company;

FURTHER RESOLVED, that F. Coll Bowen, III as CEO of the Company be, and hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by F. Coll Bowen, III as CEO of the Company in connection with the matter herein or related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS our hand and the seal of the Company this 3rd day of November, 2026.

By: *<u>/s/ F. Coll Bowen, III.</u>*
F. COLL BOWEN, III, member of the Board of Trustees of Greenwood Cemetery. Inc.

By: *<u>/s/ Charles Bowen, Jr.</u>*
CHARLES BOWEN JR., member of the Board of Trustees of Greenwood Cemetery. Inc.