**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **GREENWOOD CEMETERY, INC.** | **CHAPTER 11**<br>**SUBCHAPTER V** |
| **Debtor.** | **CASE NO. 26-64990-BEM** |

**MOTION FOR EXPEDITED HEARING**

COMES NOW Greenwood Cemetery, Inc. ("Debtor"), by and through the undersigned counsel, and hereby files this *Motion for Expedited Hearing* (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

1. On November 4, 2026 (the "Petition Date") the Debtor commenced this voluntary case (the "Case") by the filing of petition for relief under Chapter 11 of the Bankruptcy Code.

2. On November 4, 2026, Debtor filed a *Motion Requesting Entry of Order Authorizing Payment of Prepetition Compensation Claims* (Doc. No. 3) (the "Motion").

3. Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Section 1184 of the Bankruptcy Code.

4. Debtor is a Georgia non-profit corporation. Debtor operates a cemetery in Atlanta, Georgia (the "Business").

5. Debtor requests the Court hold an expedited hearing on the Motion on or before November 5, 2026. Debtor is required to submit payroll to its payroll servicer, ADP, on November 5, 2026 in order to ensure timely payment to its employees on the next scheduled payroll date of November 6, 2026.

WHEREFORE, Debtor respectfully requests that this Court shorten any applicable notice period, schedule an expedited hearing on the Motion on or before November 5, 2026, grant the relief requested in the Motion, and grant such other relief as may be just and proper.

RESPECTFULLY SUBMITTED this 4th day of November, 2026.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
tmcclendon@joneswalden.com
*Proposed Counsel for the Debtor*