**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26 – 64990 - BEM |
| | : | |
| GREENWOOD CEMETERY, INC., | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Guy A. Van Baalen, Acting United States Trustee, Region 21, in the above-captioned case.

Respectfully submitted,

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

*_/s David S. Weidenbaum*
DAVID S. WEIDENBAUM
Georgia Bar No. 745892
Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331 – 4705 [office]
(202) 329 – 2428 [cell]
david.s.weidenbaum@usdoj.gov