**IT IS ORDERED as set forth below:**

**Date: November 5, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**GREENWOOD CEMETERY, INC.**<br><br>**Debtor.** | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 26-64990-PWB** |

**<u>ORDER AUTHORIZING PAYMENT OF PREPETITION COMPENSATION CLAIMS</u>**

On November 5, 2026 at 11:30 A.M. the above-captioned case came before the Court on the *Motion Requesting Entry of Order Authorizing Payment of Prepetition Compensation Claims* ("<u>Motion</u>") (Docket No. 3) filed by Greenwood Cemetery, Inc. (the "<u>Debtor</u>"). In the Motion, Debtor sought the authority to pay prepetition debts to its workforce. At the hearing, Tom McClendon appeared on behalf of the Debtor. F. Coll Bowen appeared as Debtor's representative. David Weidenbaum appeared on behalf of the United States Trustee. Tamara Ogier appeared as the Subchapter V Trustee. Based upon a review of the Motion and based upon the representations

of counsel at the Hearing, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Debtor is authorized to pay its workforce the accrued amounts due and owing as of November 6, 2026, the next date for the Debtor's workforce to receive compensation.

3. Debtor's banks are authorized and directed to honor all payroll checks issued for the prepetition payroll and other payments approved herein, to the extent that funds are available to honor such checks.

4. Debtor is authorized to issue new checks to replace any checks relating to the debts authorized herein in the event that any such checks are dishonored.

**[END OF ORDER]**

*Prepared & Presented by:*

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
tmcclendon@joneswalden.com
*Proposed Counsel for the Debtor*

**Distribution List**:

Thomas T. McClendon, Jones & Walden LLC, 699 Piedmont Avenue NE, Atlanta, GA 30308

Tamara M. Ogier, Ogier, Rosenfeld & Steil PC, P.O. Box 1547, Decatur, GA 30031

Office of the United States Trustee, Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303