**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-64990-PWB |
| | : | |
| GREENWOOD CEMETERY, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS**

At the request of debtor's counsel, the section 341 meeting of creditors is rescheduled to **December 7, 2026**, at **1:00 p.m.** The meeting will be telephonic. To attend, dial 888-330-1716 and enter the passcode 6960876 when prompted. Pursuant to Bankruptcy Code section 343, the debtor shall appear and submit to examination under oath at the meeting of creditors. **By November 23, 2026, Debtor's counsel must serve a copy of this notice on each creditor and party in interest by (1) U.S. Mail and also (2) by other means designed to provide immediate notice or next-day notice, such as overnight delivery, facsimile transmission, or email. Counsel must file a certificate of service before the rescheduled meeting.**

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

*/s/ Alan Hinderleider*

Alan Hinderleider
Georgia Bar No. 938543
Trial Attorney
Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
*Alan.Hinderleider@usdoj.gov*