UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-64990-PWB |
| | ) | |
| GREENWOOD CEMETERY, INC., | ) | |
| | ) | CHAPTER 11 |
| DEBTOR. | ) | SUBCHAPTER V |

**STIPULATION ESTABLISHING COMPENSATION ESCROW**

Tamara Miles Ogier as Trustee (“Trustee”) and the Debtor, Greenwood Cemetery, Inc., (“Debtor”), hereby stipulate and agree:

1. By December 1, 2026, and on the first day of each month thereafter, the Debtor shall remit to the Trustee the amount of $1,000.00 to be held in the Trustee’s IOLTA account.
2. Said funds should be transmitted to the Trustee by wire transfer, check, or other mutually agreeable method.
3. The parties acknowledge that if the funds are sent via wire, the Trustee may incur a wire transfer fee of $15 fee with each wire transfer received and that said amount may be added as an expense to the Trustee’s fee application.
4. Said funds shall be held by the Trustee until such time as an Order is entered awarding her compensation pursuant to 11 U.S.C. § 330 or 331 or until such time as another Order of this Court directs the use of said funds.

[Signatures Continued on Following Page]

Prepared by:

Ogier, Rosenfeld & Steil, P.C.

By: /s/ *Tamara Miles Ogier*
Tamara Miles Ogier
GA Bar No. 550355
P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orsatl.com

Stipulated to:

JONES & WALDEN LLC

By: /s/ *Thomas T. McClendon* (signed by Tamara Miles Ogier with express permission)
Thomas T. McClendon
GA Bar No. 431452
699 Piedmont Ave NE
Atlanta, GA 30308
(404) 564-9300 Telephone
tmcclendon@joneswalden.com
Attorneys for the Debtor

No Opposition:

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: /s/ *David S. Weidenbaum* (signed by Tamara Miles Ogier with express permission)
David S. Weidenbaum
Georgia Bar No. 745892
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4705
david.s.weidenbaum@usdoj.gov