| **Fill in this information to identify the case:** |
|---|
| Debtor name **GREENWOOD CEMETERY, INC.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) **26-64990** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2026**

*X* **/s/ F. Coll Bowen, III**
Signature of individual signing on behalf of debtor

**F. Coll Bowen, III**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **184,972.06** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **184,972.06** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **360,923.26** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **360,923.26** |

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Business Market Rate Savings** | **0392** | **$21,410.25** |
| 3.2. | **Wells Fargo** | **Preneed Escrow** | **5907** | **$113,206.09** |
| 3.3. | **First Horizon** | **Checking Account** | **3468** | **$9,471.61** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$144,587.95**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: **105,178.00** (face amount) - **81,383.89** (doubtful or uncollectible accounts) =.... **$23,794.11**

12. **Total of Part 3.** **$23,794.11**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Monument Bases** | | **Unknown** | | **$590.00** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$590.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, file cabinets, and one computer** | **$0.00** | | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$500.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2001 Chevrolet Silverado (VIN ending 9592)** | **Unknown** | | **$500.00** |
| 47.2. | **2004 Chevrolet Silverado (VIN ending 6198)** | **Unknown** | | **$500.00** |
| 47.3. | **2023 Exmark Riding lawn mower** | **Unknown** | | **$2,000.00** |
| 47.4. | **2024 Exmark Riding lawn mower** | **Unknown** | | **$2,000.00** |

| | | | | |
|---|---|---|---|---|
| 47.5. | **Back hoe Caterpillar (approx. 15 years old)** | **Unknown** | | **$5,500.00** |
| 47.6. | **Dump truck** | **Unknown** | | **$1,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Committal equipment (lowering devices, tents), two sets** | **Unknown** | | **$3,000.00** |
| **Miscellaneous equipment parts** | **Unknown** | | **$500.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$15,500.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **GREENWOOD CEMETERY, INC.** Case number *(If known)* **26-64990**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **1173 Cascade Cir SW, Atlanta, GA 30311 Parcel Nos. 140183LL0175, 14016900020022, 14017000010012, 14016900020014, 140170LL0097, 140183LL0100, 140170LL0071, 140170LL0063** | **dedicated for cemetery use** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88. **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**claims gainst various insurance companies for wrongful denial of coverage** **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

**set off claims**
**right to receive funds from Greenwood Irrevocable Perpetual Care Trust (solely for cemetery upkeep)** — **Unknown**

**Nature of claim** — **Irrevocable Perpetual Care Trust**

**Amount requested** — **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$144,587.95** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$23,794.11** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$590.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$15,500.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*......> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$184,972.06** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$184,972.06** |

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims — 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Creditor | Claim | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Fulton County Tax Commissioner<br>141 Pryor Street<br>Atlanta, GA 30303**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Notice Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue<br>2595 Century Pkwy NE<br>Atlanta, GA 30345-3173**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Notice Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **$0.00** |

Debtor **GREENWOOD CEMETERY, INC.** Case number (if known) **26-64990**
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: Commissioner**
**1111 Constitution Ave**
**Washington, DC 20224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**AA Synagogue**
**600 Peachtree Battle Ave NW**
**Atlanta, GA 30327**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Lot Owner Notice Only**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2 **Nonpriority creditor's name and mailing address**
**AmTrust Insurance**
**Office of America**
**P.O. Box 6939**
**Cleveland, OH 44101-1939**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

3.3 **Nonpriority creditor's name and mailing address**
**Anshe S'Fard Synagogue**
**1234 N Highland Ave NE**
**Atlanta, GA 30306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Lot Owner Notice Only**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.4 **Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2148**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

3.5 **Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3772**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

Debtor **GREENWOOD CEMETERY, INC.** Case number (if known) **26-64990**
Name

3.6 **Nonpriority creditor's name and mailing address**
**Beth Jacob Synagogue**
**1855 Lavista Road**
**Atlanta, GA 30329**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lot Owner Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.7 **Nonpriority creditor's name and mailing address**
**City of Atlanta**
**Dept. of Watershed Management**
**55 Trinity Ave, SW**
**Atlanta, GA 30335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$25.44**

---

3.8 **Nonpriority creditor's name and mailing address**
**Edson Blount Jr.**
**c/o Jonathan Broderick, Esq.**
**3985 Steve Reynolds Bl Su L101**
**Norcross, GA 30093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.9 **Nonpriority creditor's name and mailing address**
**EverOn Security**
**P.O. Box 219044**
**Kansas City, MO 64187-9044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.10 **Nonpriority creditor's name and mailing address**
**F. Coll Bowen, III**
**4750 Bakers Ferry Rd**
**Atlanta, GA 30336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loans to Debtor since 12/2024
Is the claim subject to offset? ■ No ☐ Yes

**$185,000.00**

---

3.11 **Nonpriority creditor's name and mailing address**
**Fiserv Credit Card Terminal**
**P.O. Box 2394**
**Omaha, NE 68103-2394**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.12 **Nonpriority creditor's name and mailing address**
**Georgia Power**
**96 Annex**
**Atlanta, GA 30396**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **GREENWOOD CEMETERY, INC.** Case number (if known) **26-64990**
Name

**3.13** **Nonpriority creditor's name and mailing address**
**Georgia Secretary of State**
**214 State Capitol**
**Atlanta, GA 30334**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Consent Order (subject to prior payments)
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Greek Orthodox Cathedral**
**of the Annunciation**
**2500 Clairmont Rd**
**Atlanta, GA 30329**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lot Owner Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Home Depot Credit Services**
**P.O. Box 658226**
**Dallas, TX 75265-8226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**JFCS Jewish Family**
**& Career Services**
**4549 Chamblee Dunwoody Rd**
**Atlanta, GA 30338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lot Owner Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**John Ioannaides, Executor**
**c/o Stacey G. Evans**
**729 Piedmont Avenue NE**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Ketrina Laster**
**c/o J. Tyler Schermerhorn**
**2860 Piedmont Rd NE Ste. 110**
**Atlanta, GA 30305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Kimberly Blount**
**c/o Jonathan Broderick, Esq.**
**3985 Steve Reynolds Bl Su L101**
**Norcross, GA 30093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.20 | **Matthews International Corp**<br>**P.O. Box 536621**<br>**Pittsburgh, PA 15253-5908**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,245.97** |
| 3.21 | **Memorial Business Systems**<br>**P.O. Box 2223**<br>**Brentwood, TN 37024-2223**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** For Notice Only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.22 | **Michael Lambros**<br>**The Lambros Firm, LLC**<br>**3536 Habersham at Northlake, D**<br>**Tucker, GA 30084**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.23 | **OVS Synagogue**<br>**1681 N Druid Hills Rd**<br>**Atlanta, GA 30319**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lot Owner Notice Only<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Piedmont Precast**<br>**4750 Bakers Ferry Rd**<br>**Atlanta, GA 30336**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** good and services<br>Is the claim subject to offset? ■ No ☐ Yes | **$123,618.89** |
| 3.25 | **Primo Water Brands**<br>**P.O. Box 9001004**<br>**Louisville, KY 40290-1004**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15.24** |
| 3.26 | **Republic Waste #800**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$456.23** |

Debtor **GREENWOOD CEMETERY, INC.** Case number (if known) **26-64990**
Name

**3.27** **Nonpriority creditor's name and mailing address**
**Shearith Israel Synagogue**
**1180 University Dr NE**
**Atlanta, GA 30306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lot Owner Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**The Temple (FKA) UHBA**
**1589 Peachtree St NE**
**Atlanta, GA 30309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lot Owner Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Tri-State Ins. Co. of MN**
**c/o W. Shawn Bingham**
**100 Galleria Parkway Ste. 1600**
**Atlanta, GA 30339-5948**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**United States Postal Service**
**2414 Herring St SW**
**PO Box 42472**
**Atlanta, GA 30311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$202.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Utica National Insurance Group**
**180 Genesee St.**
**New Hartford, NY 13413**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Vera Blount**
**c/o Jonathan Broderick, Esq.**
**3985 Steve Reynolds Bl Su L101**
**Norcross, GA 30093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor **GREENWOOD CEMETERY, INC.** Case number (if known) **26-64990**
Name

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **360,923.26** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **360,923.26** |

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | **Alice Doanes<br>440 Carriage Gate Trail<br>Atlanta, GA 30331** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation Insurance** | **AmTrust Insurance<br>Office of America<br>P.O. Box 6939<br>Cleveland, OH 44101-1939** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | **Arvella Smith<br>450 Dartmouth Drive SW<br>Atlanta, GA 30331** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | **Catherine Gray<br>313 Skipper Pl NW<br>Apt. D<br>Atlanta, GA 30318-0712** |
| State the term remaining | | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre-need contract** | **Charles Kearns<br>9760 Foxworth Dr<br>Alpharetta, GA 30202** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre-need contract** | **Daniel Houseworth<br>122 Stafford St NW<br>Atlanta, GA 30314** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre-need contract** | **Doris Ferrell<br>P.O. Box 41<br>Franklin, GA 30217** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre-need contract** | **Edward Bell<br>1139 Oriole Dr<br>Atlanta, GA 30311** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre-need contract** | **Elijah Jones<br>303 Lisa Court SW<br>Atlanta, GA 30311-2120** |

Debtor 1 GREENWOOD CEMETERY, INC. Case number (*if known*) 26-64990

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Evans Johnson<br>512 Heldane Dr SW<br>Atlanta, GA 30311** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Felton Sims<br>1885 Don Juan Lane<br>Decatur, GA 30032** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Gaynell Allen<br>5501 Oak St<br>Morrow, GA 30260** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **GC Ngay<br>287 Lindsey Drive SE<br>Atlnata, GA 30135** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **George Arnold, Jr.<br>2040 Dodson Drive SW<br>Atlanta, GA 30311-4442** |

Debtor 1 **GREENWOOD CEMETERY, INC.** Case number (*if known*) **26-64990**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Helen Pittman**<br>**450 Piney Way**<br>**Atlanta, GA 30331** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **James C. Taylor, Jr.**<br>**724 Vinson Pl**<br>**Atlanta, GA 30315** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **James Wilson**<br>**2252 Beecher Cir**<br>**Atlanta, GA 30311** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **John Andrew Jackson Sr.**<br>**1720 Richland Rd SW**<br>**Atlanta, GA 30311** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Leon Smith**<br>**194 Childs Dr NW**<br>**Atlanta, GA 30314** |

Debtor 1 **GREENWOOD CEMETERY, INC.** (First Name / Middle Name / Last Name) Case number (*if known*) **26-64990**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Lila Nolan**<br>**739 Hightower Rd NW**<br>**Atlanta, GA 30318** |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Lillie Fife**<br>**244 Richardson Rd NW**<br>**Atlanta, GA 30314** |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Lottie Stafford**<br>**1192 Donnelly Ave**<br>**Atlanta, GA 30310** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Louise B. Wright**<br>**4607 Wintrop Dr**<br>**Atlanta, GA 30349** |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Louise Reynolds**<br>**166 Warren St NE**<br>**Atlanta, GA 30317** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Marie Wyne**<br>**2132 Venetian Dr SW**<br>**Atlanta, GA 30311** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Marshan Mitchell**<br>**1761 Blvd Dr**<br>**Atlanta, GA 30317** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Marvin T. Brinson, Jr.**<br>**1877 King Charles Rd SW**<br>**Atlanta, GA 30331** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Mary Alexander**<br>**2439 W Harlan St**<br>**Philadelphia, PA 19121** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Mary Helen Daniel**<br>**6724 Glen Echo Dr**<br>**Baton Rouge, LA 70812** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| | State the term remaining | | **Mary Listerine Dix**<br>**1403 Westview Dr SW**<br>**Atlanta, GA 30310** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| | State the term remaining | | **Mary Marshall**<br>**4035 Montego Bay Dr**<br>**Atlanta, GA 30349** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| | State the term remaining | | **Nancy Green**<br>**2844 Chaucer Dr SW**<br>**Atlanta, GA 30311** |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| | State the term remaining | | **Nellie Roberson**<br>**74 Whiteford Avenue**<br>**Atlanta, GA 30317** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **water cooler** | |
| | State the term remaining | | **Primo Water Brands**<br>**P.O. Box 9001004**<br>**Louisville, KY 40290-1004** |
| | List the contract number of any government contract | | |

Debtor 1 **GREENWOOD CEMETERY, INC.** Case number (*if known*) **26-64990**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| State the term remaining | | |
| List the contract number of any government contract | | **QP Jones Jr.**<br>**975 Tuckawanna Dr SW**<br>**Atlanta, GA 30311** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **waste services** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Republic Waste #800**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Richard Miller**<br>**1116 Fair St SW**<br>**Atlanta, GA 30314** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Rosie Lee Woodard**<br>**1294 Cahaba Dr**<br>**Atlanta, GA 30311** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | **Pre-need contract** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Sallie Strickland**<br>**956 Neal St SW**<br>**Atlanta, GA 30314** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Samuel Chambers Jr.**<br>**385 Lynhurst Dr SE**<br>**Smyrna, GA 30082-3711** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **TP King**<br>**2404 Flintshire Ct**<br>**Atlanta, GA 30338** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Commercial Insurance** | **Utica National Insurance Group**<br>**180 Genesee St.**<br>**New Hartford, NY 13413** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Amtrust Worker's Comp Policy** | **Wesco Insurance Company**<br>**800 Superior Avenue East**<br>**21st Floor**<br>**Cleveland, OH 44114** |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **William J. Frazier, Sr.**<br>**1083 Westmoor Dr SW**<br>**Atlanta, GA 30134** |

Debtor 1 **GREENWOOD CEMETERY, INC.** Case number (*if known*) **26-64990**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.45. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **William M. Houston**<br>**2277 Headland Dr**<br>**Atlanta, GA 30344** |
| 2.46. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Willie Hutchinson**<br>**1690 Ezra Church Rd NW**<br>**Atlanta, GA 30314** |
| 2.47. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Willie J. Whitehead**<br>**1979 Wilson Rd**<br>**Conyers, GA 30012** |
| 2.48. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Pre-need contract** | **Zephree Umble Fulton**<br>**1154 Donnelly Ave SW**<br>**Atlanta, GA 30310** |

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **GREENWOOD CEMETERY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **26-64990**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **7/01/2026** to **Filing Date** | ■ Operating a business<br>■ Other **2027 FY** | **$92,632.40** |
| **For prior year:** From **7/01/2025** to **6/30/2026** | ■ Operating a business<br>■ Other **2026 FY** | **$466,109.39** |
| **For year before that:** From **7/01/2024** to **6/30/2025** | ■ Operating a business<br>■ Other **2025 FY** | **$406,524.62** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **7/01/2026** to **Filing Date** | **Cell Tower Ground Lease Income (2027 FY)** | **$5,856.40** |
| **From the beginning of the fiscal year to filing date:** From **7/01/2026** to **Filing Date** | **Perpetual Care Trust Income (2027 FY)** | **$26,377.47** |
| **For prior year:** From **7/01/2025** to **6/30/2026** | **Cell Tower Ground Lease Income (2026 FY)** | **$17,569.20** |

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **7/01/2025** to **6/30/2026** | **Prepetual Care Trust Income (2026 FY)** | **$101,511.55** |
| **For year before that:** From **7/01/2024** to **6/30/2025** | **Cell Tower Ground Lease Income (2025 FY)** | **$17,569.20** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Utica National Insurance Group**<br>**180 Genesee St.**<br>**New Hartford, NY 13413** | **8/18 - $4,216.00**<br>**9/21 - $4,216.00**<br>**10/20 - $4,216.00** | **$12,684.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.2. | **Findley Roofing**<br>**4181 JVL Industrial Park Dr.**<br>**Marietta, GA 30066** | **8/20 - $11,100.00**<br>**9/27 - $9,984.00** | **$21,084.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Roof repair** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Michael Lambros and John Ioannaides vs. Greenwood Cemetery, Inc.<br>26CV002267** | **Lawsuit** | **Fulton Co. Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ketrina Laster and Jane Doe vs. Greenwood Cemetery, Inc. and John Does #1-3<br>25EV001274** | **Lawsuit** | **Fulton Co. State Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Vera Blount and Kimberly Blount, et. al. vs. Greenwood Cemetery, Inc.<br>24EV002735** | **Lawsuit** | **Fulton Co. State Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Tri-State Insurance Company of Minnesota v. Vera Blount, Edson Blount, Jr., Kimberly Blount, and Greenwood Cemetery, Inc.<br>1:26-cv00618-VMC** | **Lawsuit** | **U.S. District Court Northern District of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Tri-State Insurance Company of Minnesota v. Ketrina Laster, individually and as the surviving parent and next of kin of Trinisha Ashley, deceased, Jane Doe, as the Administrator of the Estate of Trinisha Ashley, deceased, John Does #1-3, and Greenwood Cemetery, Inc.<br>1:26-cv-02334-JPB** | **Lawsuit** | **U.S. District Court Northern District of Georgia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **In the Matter of: Greenwood Cemetery, Inc.<br>ENCE-0385; ENCE-0478; ENCE-0544** | **GA Secretary of State Investigation** | **Office of the Georgia Secretary of State<br>214 State Capitol<br>Atlanta, GA 30334** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of lowering equipment from cemetery** | | **November 2026** | **$1,000.00** |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden, LLC<br>699 Piedmont Ave, NE<br>Atlanta, GA 30308** | | **$50,000.00 (7/22), $17,886.50 (11/4)** | **$67,886.50** |

**Email or website address**

**Who made the payment, if not debtor?**
**F. Coll Bowen, III**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **UBS Financial Services Inc. Irrevocable Perpetual Care Trust (x3679)** | **Payments to and from perpetual care trust pursuant to Georgia law** | **Various** | **Unknown** |

**Trustee**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **UBS Financial Services, Inc. Irrevocable Perpetual Care Trust (x3805)** | **Payments to and from perpetual care trust pursuant to Georgia law** | **Various** | **Unknown** |
| Trustee | | | |
| **First Horizon Irrevocable Perpetual Care Trust** | **Payments to and from perpetual care trust pursuant to Georgia law** | **Various** | **Unknown** |
| Trustee | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**names and addresses**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **City of Atlanta, State of Georgia v. William Scears Hardie**<br>**Citation No. 1946012** | **Municipal Court of Atlanta**<br>**150 Garnett St SW**<br>**Atlanta, GA 30303** | **Citation from Atlanta Department of Watershed Management regarding erosion and sediment migration from cemetery** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **F. Coll Bowen, III** | **2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **F. Coll Bowen, III**<br>**4750 Bakers Ferry Rd**<br>**Atlanta, GA 30336** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **F. Coll Bowen, III** | **4750 Bakers Ferry Rd**<br>**Atlanta, GA 30336** | **CEO and member of the Board of Trustees** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Bowen, Jr.** | | **Member of the Board of Trustees** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2026**

**/s/ F. Coll Bowen, III**
Signature of individual signing on behalf of the debtor

**F. Coll Bowen, III**
Printed name

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re **GREENWOOD CEMETERY, INC.** Debtor(s)

Case No. **26-64990**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 20, 2026**

Signature **/s/ F. Coll Bowen, III**
**F. Coll Bowen, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.