**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**GREENWOOD CEMETERY, INC.,**<br><br>**Debtor.** | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 26-64990-PWB** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

This is to certify that on the date indicated below, I caused a true and correct copy of the: (a) *Voluntary Petition for Non-Individuals Filing for Bankruptcy* (Dkt. 1), (b) *Notice of Chapter 11 Bankruptcy Case* (Dkt. 14) and (c) *Notice of Rescheduled Meeting of Creditors* (Dkt. 27) to be served upon the parties listed below via U.S. First Class Mail, postage prepaid.

Alice Doanes
440 Carriage Gate Trail
Atlanta, GA 30327

Arvella Smith
450 Dartmouth Drive SW
Atlanta, GA 30331

Catherine Gray
313 Skipper Pl NW
Apt. D
Atlanta, GA 30318-0712

Charles Kearns
9760 Foxworth Dr
Alpharetta, GA 30202

Daniel Houseworth
122 Stafford St NW
Atlanta, GA 30217

Doris Ferrell
P.O. Box 41
Franklin, GA 30217

Edward Bell
1139 Oriole Dr
Atlanta, GA 30311

Elijah Jones
303 Lisa Court SW
Atlanta, GA 30311-2120

Evans Johnson
512 Heldane Dr SW
Atlanta, GA 30311

Felton Sims
1885 Don Juan Lane
Decatur, GA 30032

Gaynell Allen
5501 Oak St
Morrow, GA 30260

GC Ngay
287 Lindsey Drive SE
Atlanta, GA 30135

George Arnold, Jr.
2040 Dodson Drive SW
Atlanta, GA 30311-4442

Helen Pittman
450 Piney Way
Atlanta, GA 30331

James C. Taylor, Jr.
724 Vinson Pl
Atlanta, GA 30315

James Wilson
2252 Beecher Cir
Atlanta, GA 30311

John Andrew Jackson Sr.
1720 Richland Rd SW
Atlanta, GA 30311

Leon Smith
194 Childs Dr SW
Atlanta, GA 30314

Lila Nolan
739 Hightower Rd NW
Atlanta, GA 30318

Lillie Fife
244 Richardson Rd NW
Atlanta, GA 30314

Lottie Stafford
1192 Donnelly Ave
Atlanta, GA 30310

Louise B. Wright
4607 Wintrop Dr
Atlanta, GA 30349

Louise Reynolds
166 Warren St NE
Atlanta, GA 30317

Marie Wyne
2132 Venetian Dr SW
Atlanta, GA 30311

Marshan Mitchell
1761 Blvd Dr
Atlanta, GA 30317

Marvin T. Brinson, Jr.
1877 King Charles Rd SW
Atlanta, GA 30331

Mary Alexander
2439 W Harlan St
Philadelphia, PA 19121

Mary Helen Daniel
6724 Glen Echo Dr
Baton Rouge, LA 70812

Mary Listerine Dix
1403 Westview Dr SW
Atlanta, GA 30310

Mary Marshall
4035 Montego Bay Dr
Atlanta, GA 30349

Nancy Green
2844 Chaucer Dr SW
Atlanta, GA 30311

Nellie Roberson
74 Whiteford Avenue
Atlanta, GA 30317

QP Jones Jr.
975 Tuckawanna Dr SW
Atlanta, GA 30311

Richard Miller
1116 Fair St SW
Atlanta, GA 30314

Rosie Lee Woodard
1294 Cahaba Dr
Atlanta, GA 30311

Sallie Strickland
956 Neal St SW
Atlanta, GA 30314

Samuel Chambers Jr.
385 Lynhurst Dr SE
Smyrna, GA 30082-3711

Utica National Insurance Group
180 Genesee St
New Hartford, NY 13413

William M. Houston
2277 Headland Dr
Atlanta, GA 30344

Willie J. Whitehead
1979 Wilson Rd
Conyers, GA 30012

TP King
2404 Flintshire Ct
Atlanta, GA 30338

William J. Frazier, Sr.
1083 Westmoor Dr SW
Atlanta, GA 30134

Willie Hutchinson
1690 Ezra Church Rd NW
Atlanta, GA 30314

Zephree Umble Fulton
1154 Donnelly Ave SW
Atlanta, GA 30310

This 24th day of November, 2026.

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
*Proposed Attorney for Debtor*